

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,597-05

### IN RE MICHAEL JEFFCOAT, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 13-0211-CC1 IN THE COUNT COURT AT LAW NO. 1
### FROM WILLIAMSON COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. This matter arises from a misdemeanor conviction, which Relator challenged by way of a post-conviction habeas application pursuant to Article 11.09 of the Texas Code of Criminal Procedure. After the trial court denied relief, Relator appealed to the Third Court of Appeals, which affirmed the trial court's decision.

Relator alleged that he did not receive notice of the appellate decision until it was too late to file a motion for rehearing. Relator ultimately filed an application for writ of habeas corpus in the trial court seeking an out-of-time motion for rehearing, pursuant to this Court's holding in *Ex parte Valdez*, __ S.W.3d __ (Tex. Crim. App. May 4, 2016). The trial court granted relief, permitting

Relator to file his motion for rehearing on or before July 13, 2016.[1] Relator filed his out-of-time motion for rehearing on July 5, 2016. On July 7, 2016, the Clerk of the Third Court of Appeals issued a letter advising Relator that because the appellate mandate had issued on October 23, 2014, no action would be taken on the motion for rehearing. Relator now asks this Court to compel the Third Court of Appeals to rule on the out-of-time motion for rehearing granted to him by the Williamson County Court at Law No. 1.

Respondent, the Third District Court of Appeals, shall file a response with this Court by stating whether Relator submitted a copy of an order of the Williamson County Court at Law No. 1, granting Relator an out-of-time motion for rehearing, and if so, whether the Third Court of Appeals has ruled on Relator's out-of-time motion for rehearing. Respondent's answer shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted response.

Filed: August 24, 2016
Do not publish

---

[1]Relator has not provided this Court with a copy of the trial court's order granting relief, or a citation to such order.